# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| TOM TALBERT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | No. 05-2457-KHV |
| | ) | |
| MEREDITH CORPORATION, | ) | |
| d/b/a KCTV-5, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

On October 24, 2005, plaintiff filed a complaint against the Meredith Corporation, d/b/a/ KCTV-5, for employment discrimination based on age and disability. See Doc. #1. On February 28, 2006, the Court ordered plaintiff to show good cause in writing why service of the summons and complaint had not been made within 120 days from the filing of the complaint, and further show good cause in writing why plaintiff's claims should not be dismissed in their entirety without prejudice. See Doc. #2. This matter comes before the Court on plaintiff's response to the show cause order. See Doc. #5.

In response to the show cause order, plaintiff states that he received a waiver of service from defendant on February 9, 2006, but neglected to file it until February 28, 2006. On this record, the Court finds that plaintiff has shown good cause why the case should not be dismissed.

**IT IS THEREFORE ORDERED** that plaintiff has shown good cause why the case should not be dismissed.

Dated this 23rd day of March, 2005 at Kansas City, Kansas.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge